FILED
May 12, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002626045

Steven M. Lawrence - Bar No.150861
ALVARADO & ASSOCIATES, LLP
1 Mac Arthur Place, Suite 210
Santa Ana, CA 92707
(714) 327-4400, fax (714) 327-4499
104-46457-2

Attorneys for Movant, NEW LINE MORTGAGE, DIV. REPUBLIC MORTGAGE HOME LOANS, LLC

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| In re<br><br>TODD KENNETH WESTLUND AND AMY RUTH WESTLUND,<br><br>Debtors.<br><br>NEW LINE MORTGAGE, DIV. REPUBLIC MORTGAGE HOME LOANS, LLC, its assignees and/or successors in interest,<br><br>Movant,<br><br>vs.<br><br>TODD KENNETH WESTLUND AND AMY RUTH WESTLUND, Debtors; and ROBERT A. HAWKINS, Chapter 7 Trustee,<br><br>Respondents. | Case No. 10-14117<br><br>Docket Control No.: SML-1<br><br>(Chapter 7)<br><br>**MOTION FOR RELIEF FROM THE AUTOMATIC STAY**<br><br>**[Pursuant to Local Rule 9014-1(f)(1)]**<br><br>Date: June 22, 2010<br>Time: 1:30 p.m.<br>Place: Department A, Courtroom 11<br>       2500 Tulare Street, 5th Floor<br>       Fresno. California |

**TO THE HONORABLE WHITNEY RIMEL, THE DEBTORS, CHAPTER 7 TRUSTEE AND ALL OTHER INTERESTED PARTIES:**

NEW LINE MORTGAGE, DIV. REPUBLIC MORTGAGE HOME LOANS, LLC, its assignees and/or successors in interest ("Movant") submits the following motion in support of its request for relief of the automatic stay:

///

- 1 -

o:\docs\bnk\Eastern7MFRPkg.doc 104-46457-2 / TODD KENNETH WESTLUND /

1         The Bankruptcy Court has jurisdiction over this proceeding pursuant to 11 U.S.C. Section 362 and 28 U.S.C. Section 157 and it is a core proceeding within the definition of 28 U.S.C. Section 157(b).

        On April 18, 2010, TODD KENNETH WESTLUND AND AMY RUTH WESTLUND (hereinafter referred to as "Debtors") filed a Petition under Chapter 7 of the Bankruptcy Code in the United States Bankruptcy Court, Eastern District of California, Case No. 10-14117.

        ROBERT A. HAWKINS was appointed Trustee, has duly qualified, and is now acting in that capacity.

        On or about December 20, 2007, NEW LINE MORTGAE, DIV. REPUBLIC MORTGAGE HOME LOANS, LLC, made a loan in the amount of $282,829.00 ("Loan") to Debtors. In exchange for the Loan, Debtors executed and delivered a note in the original principal amount of $282,829.00 ("Note") to NEW LINE MORTGAE, DIV. REPUBLIC MORTGAGE HOME LOANS, LLC. As additional consideration, and as security for repayment of the Loan, Debtors made, executed, and delivered to NEW LINE MORTGAE, DIV. REPUBLIC MORTGAGE HOME LOANS, LLC, as beneficiary, a Deed of Trust ("Deed") dated December 20, 2007. True and correct copies of the Note and the Deed are attached hereto as Exhibits "1" and "2" and are incorporated herein by reference to the Declaration of CHRISTINA MCNELLY filed concurrently herewith and incorporated herein by reference.

        The Deed encumbers the property commonly known as **2013 SHASTA DRIVE, ATWATER, CA 95340** ("Property").

        Both the Note and the Deed require monthly payments of principal and interest to be made by Debtors.

        The Debtors are delinquent in making the payments required under the Note and the Deed. Payments are due from February 1, 2009 in the total amount of $32,931.23, including late charges. Further, Movant anticipates that the May 2010 payment and late charge will be due by the Hearing.

///

As of April 24, 2010, the total indebtedness secured by the aforementioned Note and Deed consists of an unpaid principal balance of $279,355.87. Interest of $21,916.05 is due, plus interest thereon at the rate of 6.0000% per annum. There are additional charges in the amount of $ 949.62 for late charges, $3,303.40 for other charges, less $1,859.39 in Debtors' Suspense, plus attorneys' fees and costs. The total amount due and owing to Movant is $303,665.55. See Declaration of CHRISTINA MCNELLY.

The total amount of liens and encumbrances known to Movant amount to $303,665.55.

Movant has not recorded a Notice of Default on the subject property.

Debtors have breached their obligation to Movant by failing to tender regular monthly payments pursuant to the terms and provisions of the subject Note and Deed.

Movant requests that the Court take judicial notice of the costs of sale of real property through escrow amount to eight percent (8.00%) of the purchase price. Eight percent (8.00%) of $149,682.00 is $11,974.56. When the costs of sale are added, the total liens and encumbrances against the property equal $303,665.55, thereby leaving minimal equity for the benefit of the unsecured creditors of the estate.

Debtors' Schedules "A" and "D" indicate that the fair market value for the subject property is $149,682.00. See Request for Judicial Notice filed concurrently herewith.

**In addition, Debtors' Statement of Intentions indicates that the Debtors intend to surrender said property. See Request for Judicial Notice filed concurrently herewith.**

Movant desires to enforce its rights under the Note and the Deed by, among other things, pursuing foreclosure proceedings. Accordingly, Movant hereby requests that the automatic stay against enforcement by Movant of its rights under the Note and the Deed be terminated and that Movant be permitted to proceed in enforcing its rights, including but not limited to, foreclosing under the Note and the Deed as permitted by state law.

**WHEREFORE,** Movant prays as follows:

1. The automatic stay of 11 U.S.C. §362 be terminated for cause, including lack of adequate protection, so that Movant may exercise any and all rights under its Note and Deed and any and all rights after the foreclosure sale, including but not limited to, the right to consummate

foreclosure proceedings and the right to proceed in an unlawful detainer action to obtain possession of the subject property;

    2.    All restraining orders and stay orders issued shall be dissolved forthwith;

    3.    That the provisions of Federal Rules of Bankruptcy Procedure Rule 4001(a)(3) not apply; and

    4.    For such other and further relief as this Court deems proper.

Dated: May 12, 2010              ALVARADO & ASSOCIATES, LLP

By   /s/ Steven M. Lawrence
Steven M. Lawrence, Attorneys for Movant, NEW LINE MORTGAGE, DIV. REPUBLIC MORTGAGE HOME LOANS, LLC